# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **O'NEAL STEEL, INC., ET AL.,**   ) | |
|                                   ) | |
| **Plaintiffs,**                   ) | |
|                                   ) | **CIVIL ACTION NO.:** |
| vs.                               ) | |
|                                   ) | **2:11-CV-00137-KOB** |
| **WORLDWIDE STEEL**               ) | |
| **UNLIMITED, INC., ET AL.,**      ) | |
|                                   ) | |
| **Defendants.**                   ) | |

## FINAL JUDGMENT

This case was tried to a jury from June 9, 2014 to June 25, 2014. The jury returned its verdict on June 25, 2014 in which it returned the following verdicts:

As to Count One, RICO, the jury found in favor of Plaintiffs O'Neal Steel, Inc. and Leeco Steel, LLC as against Defendants David Chatkin and Ryan Chatkin; the jury found in favor of Defendant Von Argyle.

As to Count Two, RICO Conspiracy, the jury found in favor of Plaintiffs O'Neal Steel, Inc. and Leeco Steel, LLC as against Defendants David Chatkin and Ryan Chatkin; the jury found in favor of Defendant Von Argyle.

As to Count Four, Wantonness, the jury found in favor of Plaintiffs O'Neal Steel, Inc. and Leeco Steel, LLC as against Defendants David Chatkin, Ryan Chatkin, and Von Argyle.

As to Count Five, Conspiracy to Act Wantonly, the jury found in favor of Plaintiffs O'Neal Steel, Inc. and Leeco Steel, LLC as against Defendants David Chatkin, Ryan Chatkin, and Von Argyle.

As to Count One, RICO, and Count Two, RICO Conspiracy, and pursuant to 18 U.S.C. § 1964(c), the court ENTERS JUDGMENT against Defendants David Chatkin and Ryan Chatkin, jointly and severally with Defendants General Purpose Steel, Inc., Worldwide Steel, Unlimited, Inc., Lance Chatkin, and Bruce Adelstein, against whom the court previously entered judgment as a matter of law (doc. 205), and

(1) in favor of Plaintiff O'Neal Steel, Inc. in the amount of $1,258,655.49 as compensatory damages and TREBLES those damages for a total judgment in favor of Plaintiff O'Neal Steel, Inc. of $3,775,966.47 on each of Counts One and Two; and

(2) in favor of Plaintiff Leeco Steel, LLC in the amount of $4,408,776.10 as compensatory damages and TREBLES those damages for a total judgment in favor of Plaintiff Leeco Steel, LLC of $13,226,328.30 on each of Counts One and Two.

As to Count Four, Wantonness, and Count Five, Conspiracy to Act Wantonly, the court ENTERS JUDGMENT against Defendants David Chatkin, Ryan Chatkin, and Von Argyle, jointly and severally with Defendants General Purpose Steel, Inc., Worldwide Steel, Unlimited, Inc., Lance Chatkin, and Bruce Adelstein, against whom the court previously entered judgment as a matter of law (doc. 205), and in favor of Plaintiff O'Neal Steel, Inc. in the amount of $1,258,655.49 and in favor of Plaintiff Leeco Steel, LLC in the amount of $4,408,776.10 as compensatory damages on each of Counts Three, Four, and Five.[1]

The jury also awarded punitive damages on Count Three as to Defendants General Purpose Steel Inc., Worldwide Steel Unlimited, Inc., Lance Chatkin, and Bruce Adelstein, as well as on Counts Four and Five as to all Defendants .

---

[1] However, Plaintiffs may only recover the compensatory damages awarded for both the RICO claims and the state law claims one time from all Defendants jointly and severally.

As to Defendant General Purpose Steel, Inc., the jury awarded Plaintiff O'Neal Steel, Inc. punitive damages in the amount of $660,000.00; and awarded Plaintiff Leeco Steel, LLC punitive damages in the amount of $2,340,000.00.

As to Defendant Worldwide Steel Unlimited, Inc., the jury awarded Plaintiff O'Neal Steel, Inc. punitive damages in the amount of $660,000.00; and awarded Plaintiff Leeco Steel, LLC punitive damages in the amount of $2,340,000.00.

As to Defendant Lance Chatkin, the jury awarded Plaintiff O'Neal Steel, Inc. punitive damages in the amount of $6,160,000.00; and awarded Plaintiff Leeco Steel, LLC punitive damages in the amount of $21,840,000.00.

As to Defendant Bruce Adelstein, the jury awarded Plaintiff O'Neal Steel, Inc. punitive damages in the amount of $6,160,000.00; and awarded Plaintiff Leeco Steel, LLC punitive damages in the amount of $21,840,000.00.

As to Defendant David Chatkin, the jury awarded Plaintiff O'Neal Steel, Inc. punitive damages in the amount of $6,160,000.00; and awarded Plaintiff Leeco Steel, LLC punitive damages in the amount of $21,840,000.00.

As to Defendant Ryan Chatkin, the jury awarded Plaintiff O'Neal Steel, Inc. punitive damages in the amount of $1,320,000.00; and awarded Plaintiff Leeco Steel, LLC punitive damages in the amount of $4,680,000.00.

As to Defendant Von Argyle, the jury awarded Plaintiff O'Neal Steel, Inc. punitive damages in the amount of $880,000.00; and awarded Plaintiff Leeco Steel, LLC punitive damages in the amount of $3,120,000.00.

The court ENTERS JUDGMENT against Defendants in the punitive damages amounts listed above.

The court taxes costs against all Defendants in favor of Plaintiffs O'Neal Steel, Inc. and Leeco Steel, LLC; Plaintiffs must submit a cost bill by July 9, 2014.

The court sets July 16, 2014 as the date by which Plaintiffs must submit any motion for attorneys fees and prejudgment interest, as provided in the RICO statute.

DONE and ORDERED this 27th day of June, 2014.

_____
KARON OWEN BOWDRE
CHIEF UNITED STATES DISTRICT JUDGE